UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNETTE TATUM-RIOS, Individually and on behalf of all other persons similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>Kraken Koffee LLC d/b/a Kimera Koffe,<br><br>            Defendant. | ECF CASE<br><br>No.: 1:21-cv-02155 |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff

Tatum-Rios hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P.

41(a)(1)(A)(i) and shall bear her own fees and costs.

 Dated:  June 29, 2021
        New York, New York

                    LIPSKY LOWE LLP

                    s/ Christopher H. Lowe
                    Christopher H. Lowe
                    420 Lexington Avenue, Suite 1830
                    New York, New York 10170
                    chris@lipskylowe.com
                    212.392.4772
                    *Attorneys for Plaintiff*

                                        SO ORDERED.

                                        Hon. Ronnie Abrams
                                        06/30/2021